UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20325-CIV-MARTINEZ-MCALILEY

ANDREA K. SILVERTHORNE,

    Plaintiff,

vs.

ALLAN YEAMAN, individually, et al.,

    Defendants.
_____/

## ORDER

    THIS CAUSE came before the Court upon Plaintiff's Motion for Clarification of Judge's Order and Motion in Objection to Said Order **(D.E. No. 72)** and Motion for Partial Relief From Order or in the Alternative a Request to Extend the Days for Appeal **(D.E. No. 74)**. The premise of each motion is that the Court dismissed "with prejudice" certain of Plaintiff's claims when the Court entered an Order (D.E. No. 71) adopting Magistrate Judge McAliley's Report and Recommendation (the "Report") (D.E. No. 63). The Report recommended that Plaintiff's Second Amended Complaint be dismissed without prejudice for violating Federal Rule of Civil Procedure 8. (D.E. No. 63 at 17). Alternatively, the Report recommended dismissing with prejudice part of the Second Amended Complaint. *Id.* This Court adopted the recommendation that Plaintiff's Second Amended Complaint be dismissed without prejudice for violating Federal Rule of Civil Procedure 8.[1] Since this Court adopted the Magistrate Judge's recommendation, this Court did not adopt the alternative recommendation of the Magistrate Judge. As a result,

---

[1] In that same Order, this Court granted Plaintiff's Motion to Amend (D.E. No. 70).

none of the Plaintiff's claims were dismissed with prejudice by this Court's Order. (D.E. No. 71). Therefore, the premise of Plaintiff's motions (D.E. Nos. 72, 74) is incorrect. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Motion for Clarification of Judge's Order and Motion in Objection to Said Order **(D.E. No. 72)** and Motion for Partial Relief From Order or in the Alternative a Request to Extend the Days for Appeal **(D.E. No. 74)** are **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of March, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record