UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 12-20325-CIV-Martinez-McAliley

ANDREA K. SILVERTHORNE,

    Plaintiff,

v.

ALLAN YEAMAN, et. al.,

    Defendant.

_____

## DEFENDANTS' MOTION TO STRIKE

Defendants, LINCOLN PLACE RESIDENCES CONDOMINIUM ASSOCIATION, INC., ALLEN YEAMAN, DANIEL DINICOLA, and DAVID A. DESORBO, (collectively referred to as the "Defendants") by and through their undersigned counsel, hereby files their Motion to Strike "Motion In Opposition To Defendant's Motion To Dismiss, Alternatively To Motion To Amend As Provided For By Rule 15(a)(2)& Incorporated Memorandum Of Law" and as grounds therefore state as follows:

    1.    On April 8, 2013, Plaintiff filed her "Motion In Opposition To Defendant's Motion To Dismiss, Alternatively To Motion To Amend As Provided For By Rule 15(a)(2)& Incorporated Memorandum Of Law" [D.E. 122], a thirty one page document.

    2.    Local Rule 7.1(c)(2) states:

> Absent prior permission of the Court, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages; a reply memorandum shall not exceed ten (10) pages. Title pages preceding the first page of text, signature pages, certificates of good faith conferences, and certificates of service shall not be counted as

pages for purposes of this rule. Filing multiple motions for partial summary judgment is prohibited, absent prior permission of the Court.

3. Plaintiff's Motion far exceeds the page limit set forth in the Local Rule. Deducting a page for the certificate of service still leaves thirty pages.

4. Plaintiff filed her Motion without leave of Court, therefore this Court may strike said Motion. *Ealy-Simon v. Liberty Med. Supply, Inc.*, 05-14059 CIV-MOORE, 2007 WL 1521628 (S.D. Fla. May 23, 2007).

WHEREFORE, Defendants, LINCOLN PLACE RESIDENCES CONDOMINIUM ASSOCIATION, INC., ALLEN YEAMAN, DANIEL DINICOLA, and DAVID A. DESORBO, respectfully requests that this Court strike Plaintiff's "Motion In Opposition To Defendant's Motion To Dismiss, Alternatively To Motion To Amend As Provided For By Rule 15(a)(2)& Incorporated Memorandum Of Law" [D.E. 122] and award such other relief as appropriate

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by ECF and U.S. Mail this 9 day of April, 2013. I also certify that the foregoing is being served on this day to all counsel of record identified on the attached Service List in the manner specified, via electronically filing and U.S. Mail.

Respectfully submitted,

/s/ Steven M. Davis
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for the Defendants Lincoln Place Residences Condominium Association, Inc., Allen Yeaman, Daniel Dinicola, and David A. Desorbo

Case No.: 12-20325-CIV-Martinez-McAliley

## Service List

Scott C. Davis, Esq.
Aaron L. Gordon, Esq.
Business Law Group, P.A.
301 West Platt Street, #375
Tampa, Florida 33606
E-mail: sdavis@blawgroup.com

Andrea Silverthorne
1610 Lenox Avenue, Apt. 506
Miami Beach, Fl. 33139
Email: andthorne@aol.com

Aaron Swimmer, Esq.
Swimmer Law Associates
1680 Michigan Avenue
Suite 1014
Miami Beach, FL 33139
305-535-0808
305-397-8220 (fax)
Email: als@SwimmerLawAssociates.com

Aaron Lee Gordon, Esq.
LM Funding, LLC
320 W. Kennedy Blvd.
Suite 400
Tampa, FL 33606
E-mail: AGordon@Lmfunding.com

ACTIVE: L17851/334073:4619064_1