UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**ANDREA K. SILVERTHORNE,**

                                         Case Number: 12-20325-CIV-Martinez-Mcaliley

     Plaintiff,

vs.

**ALLAN YEAMAN**, individually,
**BLUE SKY MIAMI, INC.**, officially and collectively,
**BUSINESS LAW GROUP, P.A.**, officially and collectively,
**DANIEL DINICOLA**, individually,
**DAVID A. DESORBO**, individually,
**LINCOLN PLACE RESIDENCES CONDOMINIUM
ASSOCIATION, INC.**, officially and collectively,
**LM FUNDING, LLC**, officially and collectively, and
**MAXWELL SCHEINER**, individually,

     Defendants.
_____/

## DEFENDANT'S, BUSINESS LAW GROUP, P.A., NOTICE OF OBJECTION TO CONTINUANCE OR CHANGE IN TRIAL TRACK

Defendant, Business Law Group, P.A. ("BLG"), through its undersigned counsel, hereby files its notice of objection to any continuance or change in trial track filed by Plaintiff that amends that entered by the Court on March 13, 2013.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 11, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served on this day to all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott C. Davis
Scott C. Davis, Esq.
Fla. Bar No. 0022799
sdavis@blawgroup.com
Business Law Group, P.A.
301 West Platt Street, #375
Tampa, FL 33606
Phone: 813-379-3804
Fax: 813-221-7909
Attorneys for Business Law Group, P.A.

**SERVICE LIST**

Andrea K. Silverthorne
1610 Lenox Avenue, 506
Miami Beach, Florida 33139
via email at andthorne@aol.com

Aaron L. Gordon, Esq.
LM Funding, LLC
320 Knights Run Ave., Suite 1000
Tampa, FL 33602
agordon@lmfunding.com


Steven M. Davis, Esq.
Becker & Poliakoff, PA
2500 Maitland Center Pkwy. Ste 209
Maitland, FL 32751
sdavis@becker-poliakoff.com

Aaron Swimmer
Swimmer Law Associates
1680 Michigan Avenue
Suite 1014
Miami Beach, Fl 33139
als@SwimmerLawAssociates.com