UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20325-CIV-MARTINEZ/MCALILEY

ANDREA K. SILVERTHORNE,

    Plaintiff,

v.

ALLAN YEAMAN, *et al.*,

    Defendants.

_____/

## ORDER ON MOTIONS

This cause is before the Court on the following motions: Plaintiff's Motion to Accept Third Amended Complaint As Timely Filed [DE 85], Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss and Alternatively To Amend [DE 122], Defendants Lincoln Place Residences Condominium Association, Inc., Allen Yeaman, Daniel Dinicola, and David Desorbo's (collectively "Lincoln Place Residences") Motion to Strike [DE 123], and Plaintiff's Motion in Opposition to Defendant's Motion to Strike [DE 124]. Having considered the motions and being duly advised in the premises, it is hereby ORDERED that:

1. Plaintiff's Motion to Accept Third Amended Complaint As Timely Filed [DE 85], is **GRANTED**. Plaintiff's Third Amended Complaint [DE 75] is accepted as filed.

2. Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss and Alternatively To Amend [DE 122], is **DENIED**. This is not a motion, but is rather a response in opposition to the motion to dismiss filed by Defendant Lincoln Place Residences

[DE110], and will be duly considered when the Court issues a report and recommendation on the pending motions to dismiss. Plaintiff is informed that a response or reply to a motion should be styled as such, and **should not** be titled or filed as a "motion in opposition."

3.  Defendant Lincoln Place Residences' Motion to Strike [DE 123], is **DENIED**. Defendant moves to strike Plaintiff's Motion in Opposition [DE 122] to their motion to dismiss because it exceeds the twenty (20) page limit for responses to motions as required by Local Rule 7.1(c)(2) [DE 123, ¶¶ 1, 2], and because Plaintiff did not seek leave of Court to file the pleading with excess pages. [*Id.*, ¶ 4]. Plaintiff's motion far exceeds the page limits for responses to motions, as it is thirty-one (31) pages in length. [DE 122].

In response to the motion, Plaintiff has filed a Motion in Opposition to Defendant's Motion to Strike. [DE 124]. Plaintiff indicates that she did not adhere to the Local Rules because she thought they were ancillary to the Federal Rules of Civil Procedure. [DE 124, p. 1]. Plaintiff was informed that like all litigants, she must be familiar with all of the requirements contained in the Local Rules for the Southern District of Florida and comply with them. [*See* DE 21, Order of Instructions to *Pro Se* Litigant]. Plaintiff is **ORDERED** to familiarize herself with the Local Rules and strictly adhere to them.

That said, the Court will accept Plaintiff's motion [DE 122] as filed and will not strike it. In the future, should Plaintiff need to file any pleading that exceeds the page limitations set forth in Local Rule 7.1(c)(2), she shall first file a Motion for Leave of Court requesting that she be allowed to file excess pages, and explaining why excess pages are necessary.

4. Plaintiff's Motion in Opposition to Defendant's Motion to Strike Opposition Motion [DE 124], is **DENIED**. This is not a motion, but is rather a response in opposition to Defendant's motion to strike [DE 123], and has been duly considered as such.

DONE and ORDERED in chambers at Miami, Florida, this 28th day of May, 2013.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Jose E. Martinez

All counsel of record

Andrea K. Silverthorne
1610 Lenox Avenue, #506
Miami Beach, FL 33139