UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 12-20325-CIV-Martinez-McAliley

ANDREA K. SILVERTHORNE,

    Plaintiff,
v.

ALLAN YEAMAN, et al.

    Defendants.
_____/

**DEFENDANT'S, BUSINESS LAW GROUP, P.A., MEMORANDUM IN RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION OF MAGISTRATE ON MOTIONS TO DISMISS**

    Defendant, Business Law Group, P.A. ("BLG"), pursuant to Fed. R. Civ. P. 72, hereby submits its response to Plaintiff's objection, served June 27, 2013, to Magistrate Judge Chris McAliley's report and recommendation ("R & R") on defendants' motions to dismiss Plaintiff's third amended complaint ("TAC").

    The R & R is sound, well-reasoned, and supported by substantial authority cited therein. Nothing in Plaintiff's objection warrants rejection of the R & R's recommendation that the TAC be dismissed. In light of Plaintiff's statement (at page 5 of her objection) that she does not intend to serve an amended pleading in the event that the TAC is dismissed, it appears that dismissal with prejudice would be appropriate. However, should the Court dismiss the TAC with leave to amend, then BLG requests that the order give Plaintiff a maximum of twenty (20) days to file and serve a proper fourth amended complaint, and providing that failure to do so will result in dismissal with prejudice without further notice.

Also, should the Court dismiss the TAC with leave to amend, then BLG urges the Court to adopt the Magistrate's recommendation that Plaintiff not be allowed to add additional claims against the named defendants in a fourth amended complaint. Plaintiff has had multiple opportunities in the approximate year and a half that this case has been pending to identify any potential causes of action, and she should not be allowed to indefinitely expand and complicate this case if she is allowed to pursue it further.

Finally, the deficiency of the TAC is highlighted and magnified by Plaintiff's recent filing of numerous pages of documents meant to constitute "exhibits" to the TAC. When incorporated into the TAC, these multifarious documents only magnify the problems with the pleading.

WHEREFORE, Defendant BLG respectfully requests that the Court dismiss Plaintiff's TAC in its entirety, and if Plaintiff is allowed to file a proper amended pleading that she be required to do so within twenty (20) days after entry of the Court's order, failing which the case will be dismissed with prejudice without further notice.

Respectfully submitted,

/s/ Scott C. Davis
Scott C. Davis, Esq.
Fla. Bar No. 0022799
sdavis@blawgroup.com
service@blagroup.com
Business Law Group, P.A.
301 West Platt Street, #375
Tampa, FL 33606
Phone: 813-379-3804
Fax: 813-221-7909
Attorneys for Business Law Group, P.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 11, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served on this day to Plaintiff and all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott C. Davis
Scott C. Davis, Esq.
Fla. Bar No. 0022799
sdavis@blawgroup.com
service@blawgroup.com
Business Law Group, P.A.
301 West Platt Street, #375
Tampa, FL 33606
Phone: 813-379-3804
Fax: 813-221-7909
Attorneys for Business Law Group, P.A.

## SERVICE LIST

Via Email:

Plaintiff
Andrea K. Silverthorne
P.O. Box 214
Lubec, ME 04652
andthorne@aol.com

Via CM/ECF:

Aaron L. Gordon, Esq.
LM Funding, LLC
320 Knights Run Ave., Suite 1000
Tampa, FL 33602
agordon@lmfunding.com

Steven M. Davis, Esq.
Becker & Poliakoff, PA
2500 Maitland Center Pkwy. Ste 209
Maitland, FL 32751
sdavis@becker-poliakoff.com

Aaron Swimmer
Swimmer Law Associates
1680 Michigan Avenue
Suite 1014
Miami Beach, Fl 33139
als@SwimmerLawAssociates.com