**UNITED STATES DISTRICT   COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**MARTINEZ /MCALILEY**

**ANDREA K. SILVERTHORNE**

**Plaintiff,**                                    12CV 20325


Vs.

**YEAMAN ET AL**

_____     /


**MOTION TO COMPEL DEFENDANT'S LINCOLN PLACE RESIDENTS ("LPR")
RESPONSE TO PLAINTIFF'S FIRST  DOCUMENT DISCOVERY REQUEST AND
DINICOLA'S INTERROGATORY.**


1.Plaintiff  submits her compel motion within 30 days from the end of  review and reasonable

negotiations  to obtain reasonable assistance and cooperation with the defendants to obtain the

discovery without this motion  as required by local rule26.1(h)(1)  The Court gave, and Plaintiff

agreed to give, four of the Defendants a 30 day extension  to June 21, 2013, LPR and its Board

of Directors. All eight defendants stonewalled the Plaintiff's request, but she is only asking for

compel motions on document requests of one defendant from her first discovery, LPR and one

missing interrogatory, that of Defendant DiNicola.

2.Plaintiff was on vacation, travelling with her family, on excusions away from her home and did

not know there had been no reply from the Defendant's until after the July 4th holiday.

3. Despite ongoing discussions and partial and unacceptable compromises, LPR has still not provided <u>any documents at all, whatsoever, and one interrogatory  that of Daniel DiNicola is still absent. No second extension  has been requested by LPR nor have objections have been submitted.</u>  Only the interrogatory of David Desorbo was received by June 21, 2013:therefore, objections may not now be made as they are now untimely, and Plaintiff having judged the defendants as not in compliance with 26(b)(2)(B), is  ceasing negotiations  and proceeding with compel motions at the last minute to be timely.

4.Plaintiff is on an island off the coast of Maine and has no adequate cell phone reception. Plaintiff certifies in accordance with local rule 7.1(a)(3) that she has consulted with the parties in an attempt to compromise with extensive email converstaions..

5. Plaintiff requests the court to compel Defendants Dinicola and LPR, subject to Federal Rule of Civil procedure  33,34,36 and 37 and local Rule 26.1(g) (B)ii(a) and (C)  to answer her production and iterrogatory request in a meaningful complete and non-evasive way, "[A]n evasive or incomplete answer is to be treated as a failure to answer." Fed R. of Civ. P 37(a)(3)and as grounds therefore states. Plaintiff has elected not to compel the other defendants but rather ask more questions and request for documents after the LPR and Board of Director material has been received.

6.As to LPR. Fla Stat. 718 requires that the Association keep all records  for seven years and that they *must* give *any* record I ask for by *law*, in accordance *with existing condominium document provisons, except* those objected to as privilege; as none has been, they all must now be given. Plaintiff's documents require that copies be paid for, but when she sent her document discovery she asked for it on disc, which she said she would pay for as she knew that the association was

now paperless; it was not objected to.She has emails from the Blue Sky Miami management company stating they now *only* deliver documents on electronic disc, i.e.they threw away the paper documents.)It could be done quickly with a click of the computer mouse. LPR did not object to the format. They did not deliver the documents  by June 21, 2013and filed no objections or requests for extension. They say they erred when they did not send the DiNicola iterrogatory and it is lost. He has been coming in to sign a new one for weeks.

7. When Plaintiff contacted them as to the non receipt they said Plaintiff had to go in two hour, daily spurts to the office  to find the records when they were well aware that Plaintiff was in Canada and that discovery rules required them to be all delivered at the same time and they had no timely objections filed.  Plaintiff would not have agreed to the extension if she knew they were going to say "go to the office." She would have objected because they and she knew: she would be gone—out of the country. Plainitff need not *find the documents. Defendant must find the documents.*

8. LPR has made  a myriad of ongoing suggestions, other unacceptable suggestions, including making elderly, prose unemployed Plaintiff on social security pay the law firm's paralegal 30 dollars a hour to find information that should have already been found and Plaintiff beliefs they are stalling in hopes that Pro se Plaintiff did not read the rule and will not send the compel motion timely.   Plainitff did read the "Discovery Handbook and was following its spirt of cooperation request. There has been noe form the defndat, only obfuscation in violation of Staute

9. Plaintiff asks the court to rule expeditiously as she needs to complete more discover by August 26, 2013 She needs 30 days to review the information  and file motions to compel DINICOLA if so appropriate and needed after it is received.

Respectfully submitted this 20th day of July 2013

Andrea Silverthorne

**CERTIFICATE OF SERVICE**

I HEREBY confirm a true copy of the foregoing has been sent by email this 10 day of June,

2013 to the following Service List:  Andrea Silverthorne

**Steven M. Davis**
Becker & Poliakoff, PA
121 Alhambra Towers
10th Floor
Coral Gables, FL 33134
305-262-4433
Fax: 442-2232
Email: sdavis@becker-poliakoff.com

**Aaron Swimmer**
Swimmer Law Associates
1680 Michigan Avenue
Suite 1014
Miami Beach, FL 33139
305-535-0808
Fax: 305-397-8220
Email: als@SwimmerLawAssociates.com

**Aaron Lee Gordon**
LM Funding, LLC
Aaron Gordon
302 Knights Run Ave Suite 1000
Tampa Florida 33602
(813) 222-8996
Fax: (813) 253-3820
Email: AGordon@LMFunding.com

**Scott Chapman Davis**
Business Law Group, P.A.
301 W. Platt St
Suite 375
Tampa, FL 33606
(813) 379-3804 /Fax: (813) 221-7909 /email: sdavis@blawgroup.com :



**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE

## Flat Rate
## Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*

EH170707408US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Post Office To Addressee

Addressee Cop
Label 11-B, March 2

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.     Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.     Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.     Day | | | |

**CUSTOMER USE ONLY**

☐ WAIVER OF SIGNATURE *(Domestic Mail Only)*
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

NO DELIVERY
☐ Weekend   ☐ Holiday   Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | | $ |
| Mo.  Day  Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted ☐ AM ☐ PM | ☐ Noon ☐ 3 PM | $ | $ |
| | Military | Total Postage & Fees |
| ☐ Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
| lbs.     ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

082708_EM_EP13F   OCT 2008

PRESS HARD. YOU ARE MAKING 3 COPIES.

FROM: (PLEASE PRINT)   PHONE (



TO: (PLEASE PRINT)   PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

*EMS*

United States District Court
Southern District of Florida

Case Number: _12 CV 20325   JEM_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

☐ Due to Poor Quality

☐ Bound Extradition Papers

☐ Photographs

☐ Surety Bond (Original <u>or</u> Letter of Understanding)

☐ CD or DVD (Court Order <u>or</u> Trial Purposes only)

☐ Other:_____

☑ **SCANNED**

☑ But Poor Quality   *Address To Light To copy*

☐ Habeas Cases (State Court Record/Transcript)

Date: _July 22, 2013_