UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20325-CIV-MARTINEZ/MCALILEY

ANDREA K. SILVERTHORNE,

    Plaintiff,

v.

ALLAN YEAMAN, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING RESPONSE

This cause is before the Court on Plaintiff's Motion to Compel. [DE 147]. Plaintiff moves to compel Lincoln Place Residence's responses to her request for production of documents and Daniel Dinicola's responses her interrogatories. [*Id.*, ¶¶ 3, 5]. Plaintiff states the Defendants' responses were due by June 21st, but they have not served any documents or discovery responses. [*Id.*, ¶ 3]. Accordingly, it is hereby **ORDERED** that:

**No later than July 31, 2013**, Defendants Lincoln Place Residences and Daniel Dinicola file a response to the motion. The response shall be **no longer than three (3) pages** in length, pursuant to my Discovery Procedure. [*See* DE 101, p. 8]. **Plaintiff shall not file a reply.**

DONE and ORDERED in chambers at Miami, Florida, this 20th day of July, 2013.

                                                      CHRIS MCALILEY
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Jose E. Martinez

All counsel of record

Andrea K. Silverthorne
P.O. Box 214
Lubec, ME 04652