UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

MARTINEZ /MCALILEY



**ANDREA K. SILVERTHORNE**

**Plaintiff,**                                             12CV 20325

Vs.

**YEAMAN ET AL**

_____ /

## AMENDED MOTION TO COMPEL TO THE DEFENDANTS LPR AND DINICOLA RESPONSES AND MOTION SUSPENSION OF REQUEST FOR SANCTIONS

1. Plaintiff who is now finally in possession of the Defendants' untimely answers to her production and interrogatory requests withdraws her request to compel the interrogatories of DINICOLA. The response to Plaintiff's document production finally received on July 31, 2013, includes her original requests and is attached as EXHIBIT A. Attached as EXHIBIT B is the original request to Davis for a CD format, and his answer; he never

1

objected to it until he was out of time. EXHIBIT C, an email, dated April 27, 2012, substantiates Plaintiff's contention that Blue Sky Miami, for all their associations, is a paperless office and only delivers association documents on CD. EXHIBIT D is the record of the exchange between the Plaintiff and Defendant that substantiates: Plaintiff *did* offer to pay for the CD expenses, method of delivery time, and mailing, and as well: compromised her request to not require any time for extraction by accepting it in the "as is" format stored electronically -- in yearly files.

2. Plaintiff suspends her request for sanctions against attorney Steven Davis and his law firm. It is only appropriate after the firm defies the Court not the Plaintiff's request.

3. Plaintiff now amends her motion to Defendant's response to her request for production not in her possession when she had to file to be timely as follows:

   a) Plaintiff attached no discovery request to her motion. She attached nothing because she interpreted the local rule to mean she did not have to if not one answer of anything requested had been delivered.

   b) The documents were requested on April 22, 2013; they are anything but laborious to produce as demonstrated by EXHIBIT C. Chapter 718 present incarnation of the production rules, it is not what is contained in Plaintiff's condominium documents, but it does not matter. It is not reasonable for the association, who is --in writing --on the record stating they are a paperless office for all, to deny the compromise request of Plaintiff to provide seven years in their non-extracted entirety on disc. Plaintiff will do the extracting.

4. QUESTIONS 1, 2, 3, 4 and 5, 7, 8, 12, 13, (SEE EXHIBIT A) all give the same answer. They cite the Rules of Federal Procedure as needing to come to the office of the "Plaintiff," incorrect, nonetheless, Plaintiff is in Canada.

5. Plaintiff excepts the Defendant's Answer to QUESTION 6

6. Plaintiff knows the Defendant's answer that there is "none" to production request number 9 asking for "The operations manual for the current and past electronic entrance system and the name of their model number " to be untrue. All communication devices that employ radio frequencies sold in the US must have had model and serial numbers; they are required by federal law and also must have a FCC identifier (47 CFR 2.803 and 47 CFR 2.1204) Plaintiff asks the Court to Compel the Defendant to give them to her. Plaintiff will temporarily waive her motion to compel Question 10 and 11 until the documents request in Question 9 are produced. If lost they can write the manufacture for a duplicate.

7. Plaintiff's answer to Question 14 SEE EXHIBIT A is too long to repeat here and be within the page limit. It has been answered "none that are maintained." They must be maintained by law, Chapter 718. This answer can only mean they have been destroyed. Plaintiff requests the Court to require their forensic resurrection from the server and or from professional restoration of deleted files. Plaintiff knows this can be done; she has had it done in the past to her own computer when she deleted things in error.

8. June has 30 days and July 4, 2013 was a legal holiday. Plaintiff's Motion to Compel was due by the 22 of July, 2013 and it arrived on the due date. It is not late.

Respectfully submitted this 5 day of August, 2013

Andrea Silverthorne
PO BOX 214, Lubec, Maine 04652/786 4622551/ andthorne@aol.com

## CERTIFICATE OF SERVICE

I HEREBY confirm a true copy of the foregoing has been sent by email this 5 day of August, 2013 to the following Service List: Andrea Silverthorne

**Steven M. Davis**
Becker & Poliakoff, PA
121 Alhambra Towers
10th Floor
Coral Gables, FL 33134
305-262-4433
Fax: 442-2232
Email: sdavis@becker-poliakoff.com

**Aaron Swimmer**
Swimmer Law Associates
1680 Michigan Avenue
Suite 1014
Miami Beach, FL 33139
305-535-0808
Fax: 305-397-8220
Email: als@SwimmerLawAssociates.com

**Aaron Lee Gordon**
LM Funding, LLC
Aaron Gordon
302 Knights Run Ave Suite 1000
Tampa Florida 33602
(813) 222-8996
Fax: (813) 253-3820
Email: AGordon@LMFunding.com

**Scott Chapman Davis**
Business Law Group, P.A.
301 W. Platt St
Suite 375
Tampa, FL 33606
(813) 379-3804 /Fax: (813) 221-7909 /email: sdavis@blawgroup.com:

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 12-20325-CIV-Martinez-McAliley

ANDREA K. SILVERTHORNE,

    Plaintiff,

v.

ALLAN YEAMAN, et. al.,

    Defendant.

## DEFENDANT LINCOLN PLACE RESIDENCES CONDOMINIUM ASSOCIATION, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Defendant Lincoln Place Residences Condominium Association, Inc. responds to Plaintiff's First Request for Production and states:

1. **Seven years of meeting minutes written and or recorded from April 2006 to April 2013 to include the voting record of the individual Board members**

    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

2. **A copy of the current rules of the Association and the current question and answer sheet.**

    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

3. **A current roster of all unit owners by unit number, voting certificates, address, and if given by the owner for notification, their telephone numbers.**
    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

4. **All current insurance policies of the Association**
    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

5. **A current or past copy of any contract or lease or other contract to which the Association is a party or under which the association or the Unit Owners have an obligation or responsibility or an interest in, or any proposed contracts or agreements, including but not limited to: contracts between the Association and L.M. Funding LLC or Business Law Group for the last seven years.**
    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

6. **A copy of any legal opinion obtained with reference to: any and all contracts considered or entered into by the Association or interpretation of the condominium documents.**
    a. None

7. **Copies of any tenant leases in the building on which the Association has made a demand for rent and, or is currently receiving rent from a Unit Owner's tenants.( all rental records of leases.)**
    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

8. **Current and past statement of account for each unit owner designating the unit owner's name the amount of any special assessment the amount paid and the balance due for the years 2008 forward to the present day.**
    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

9. **The operations manual for the current and past electronic entrance system and the name of their model number and manufacturer.**
    a. None

10. **The historical electronic record for the entrance programming from the current and past system ,both on and off, of the following unit numbers; 506, 405,,210,214, 217, 408, 407 313, 211,414,307,204,203,310,512**
    a. None

11. **A print out of the historical record of programming for access to the website for the same unit number as described in number 8 above.**
    a. None

12. **The year end LPR financial statements of revenue and expenditures for 2008, 2009, 2010, 2011 and 2012 to include the total annual dollar amount of late fees and interest owed and who it is owed to.**

    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

13. **Any and all documents concerning any special assessment levied against the Association from 2006 to the present day, including but limited to the records of any proxies used in the vote, an accounting of the proceeds collected for the assessment and any voting records still in possession of the association, and additionally, any amounts transferred to common funds after the repairs were made.**

    a. In compliance with the Federal Rules of Civil Procedure, documents responsive to this request will be made available for inspection and copying at the offices of Plaintiff during normal business hours, upon making an appointment for same.

14. **All documents of correspondence, current, modified or deleted for the past seven years, together with any and all informational enclosures or attachments to the correspondence, to or from, either written or electronic:**

    a) Between the board members, including the newly elected Board member, Kimberly Watson and past Board member Daniel DiNicola.

    b) between the board members and Maxwell Scheiner and, or any and all employees of Blue Sky Miami,

    c) between the Board members and LM Funding LLC

    d) between the Board members and Business Law Group,

e) between the Board members and any attorney retained or consulted by the association in the last seven years,

f) between the Board members and the State of Florida

g) or between the Board members and Plaintiff's tenant, Phil Keating

h) between Unit Owners and the Association

About the following subject matter:

a) meetings,

b) special or monthly assessments,

c) voting procedures and tallies,

d) debt, debt interest and penalties, and debt collection,

e) contracts, written or oral,

f) foreclosure, or liens,

g) the electronic entrance system, either the current or past system.

h) parking garage access,

i) web site access,

j) the condominium documents and or their interpretation,

k) the State of Florida or Florida Chapter 718,

l) Maxwell Scheiner,

m) LM Funding

n) BLG,

o) Phillip Keating.


a. None that are maintained.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail this 30 day of July, 2013 to all parties identified on the attached Service List.

>Respectfully submitted,
>
>/s/ Steven M. Davis
>Steven M. Davis, (Florida Bar No. 894249)
>Email: sdavis@becker-poliakoff.com
>121 Alhambra Plaza, 10th Floor
>Coral Gables, FL  33134
>Telephone: (305) 262-4433
>Facsimile:  (305) 442-2232
>Attorneys for the Defendants Lincoln Place Residences Condominium Association, Inc., Allen Yeaman, Daniel Dinicola, and David A. Desorbo

Service List

| | |
|---|---|
| Scott C. Davis, Esq.<br>Aaron L. Gordon, Esq.<br>Business Law Group, P.A.<br>301 West Platt Street, #375<br>Tampa, Florida 33606<br>E-mail: sdavis@blawgroup.com | Aaron Swimmer, Esq.<br>Swimmer Law Associates<br>1680 Michigan Avenue<br>Suite 1014<br>Miami Beach, FL 33139<br>305-535-0808<br>305-397-8220 (fax)<br>Email: als@SwimmerLawAssociates.com |
| Andrea Silverthorne<br>1610 Lenox Avenue, Apt. 506<br>Miami Beach, Fl. 33139<br>Email: andthorne@aol.com | Aaron Lee Gordon, Esq.<br>LM Funding, LLC<br>320 W. Kennedy Blvd.<br>Suite 400<br>Tampa, FL 33606<br>E-mail: AGordon@Lmfunding.com |

ACTIVE: L17851/334073:4883423_1

**From:** Davis, Steven <SDavis@becker-poliakoff.com>
**To:** andthorne <andthorne@aol.com>
**Subject:** RE: Discovery.
**Date:** Fri, Apr 19, 2013 4:04 pm

I will review your request when received.

**From:** andthorne@aol.com [mailto:andthorne@aol.com]
**Sent:** Friday, April 19, 2013 3:52 PM
**To:** Davis, Steven
**Subject:** Discovery.

I am sending out discovery. I complied with 26F at the conference you did not attend.

I am asking for what the 718 laws allows me to have on the documents and the interrogatories will go out next week.

I have an email from a member of an association served by Scheiner's Blue Sky saying that he now delivers all association documents electronically in CD Rom.

I anticipate there will be no machination with my request and I will receive it the same way he gives it to everyone else.

Sincerely,

Andrea Silverthorne



**Steven M. Davis**
Attorney at Law

Alhambra Towers
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134

305.262.4433 Phone
305.442.2232 Fax

SDavis@becker-poliakoff.com
www.becker-poliakoff.com

Our clients' total satisfaction is our #1 priority. The Becker & Poliakoff **Client CARE Center** is available for questions, concerns and suggestions. Please contact us at 954.364.6090 or via email at CARE@becker-poliakoff.com.

EXHIBIT C

**From:** Support <support@blueskymiami.com>
**To:** John Doran <johndorantulla@hotmail.com>; Maria Gentile <maria.gentile@martinez-novebaci.us>; jamesakers <jamesakers@bellsouth.net>; Richard Habberley <rhabberley@gmail.com>; andthorne <andthorne@aol.com>
**Subject:** RE: Automatic reply: march financials
**Date:** Fri, Apr 27, 2012 4:07 pm

All the documents for the community are contained on the CD. We do not have any paper documents. We are a paperless office and the community's bank is also paperless. Each month, they would electronically send us the bank statements. We then saved them on our server. You now have the financials, proposals, vendor payment, contracts, bank statements, owners ledgers, and much more.   Please review the CD provided to you.


If you should require additional assistance, please do not hestitate to let us know.


Thank you,


**Support Services**

**Blue Sky Miami, Inc.**

**telephone 305.535.8300  ext 10**

support@blueskymiami.com

*[Handwritten note: NOTE JOHN DORAN WAS NOT A BOARD MEMBER, ONLY A UNIT OWNER AT THE TIME HE DID NOT HAVE TO COMPILE THE DISCS]*

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.


**From:** john doran [mailto:johndorantulla@hotmail.com]
**Sent:** Thursday, April 26, 2012 11:02 PM
**To:** Support; Maria Gentile; jamesakers@bellsouth.net; Richard Habberley; andthorne@aol.com
**Subject:** RE: Automatic reply: march financials


hi maxwell, im informing you to let you know i need to get all the paper documents bank statements aggrements  all these documents belong to the association i need all origanal documents by by 1st of may , if i dont get them i am filling a complaint .


**From:** support@blueskymiami.com
**To:** johndorantulla@hotmail.com; msheiner@blueskymiami.com; mvcabralmartin@aol.com; rhabberley@gmail.com; maria.gentile@martinez-novebaci.us

Subject: RE: Automatic reply: march financials
Date: Thu, 26 Apr 2012 16:39:45 +0000

John – please stop emailing and telephoning our office.

As we have requested numerous times, we will only respond to a written inquiry by either a licensed manager, a CPA or Richard Habberly.

If you should require additional assistance, please do not hestitate to let us

### Support Services

**Blue Sky Miami, Inc.**

**telephone 305.535.8300 ext 10**

**support@blueskymiami.com**

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

**From:** john doran [mailto:johndorantulla@hotmail.com]
**Sent:** Wednesday, April 25, 2012 10:53 AM
**To:** Maxwell Sheiner; Support; mvcabralmartin@aol.com; Richard Habberley; Maria Gentile
**Subject:** RE: Automatic reply: march financials

also water and sewer on the financials for march was 542 i called miami beach water and sewer and they told me it was 502 difference 40 dollars , can you please account for this ,

From: johndorantulla@hotmail.com
To: msheiner@blueskymiami.com
Subject: RE: Automatic reply: march financials
Date: Wed, 25 Apr 2012 10:17:55 -0400

maxwell why on the financials for march or fpl bill is 113 dollars and i call fpl and they tell me or bill was 16 dollars does that make sense

From: msheiner@blueskymiami.com
To: johndorantulla@hotmail.com; maria.gentile@martinez-novebaci.us; rhabberley@gmail.com; accountservices@blueskymiami.com

Subject: Re: Automatic reply: march financials
Date: Wed, 25 Apr 2012 03:04:12 +0000

John - as explained to you numerous times by me and by Tonya, the CD will contain ALL records - files, ledgers, financial statements, bank statements, contracts, etc.

Also, as you and I discussed on Monday, I submitted a request to the bank in AZ for a cashier's check. They will send it to us and they told us that we should have it by Friday of this week. If it arrives sooner, we will notify you.

Please, when you come on Wed for the CD, do not inquire about association files as once again, everything we have ever held for your community will be on the CD.

If the community provides an email address and contract name for the person who will manage the community's affairs, for 30 days, we will hold mail received and notify that person to pick it up.

*Sent from my Verizon Wireless Droid*


-----Original message-----

**From:** john doran <johndorantulla@hotmail.com>
**To:** Maxwell Sheiner <msheiner@blueskymiami.com>, Maria Gentile <maria.gentile@martinez-novebaci.us>, Richard Habberley <rhabberley@gmail.com>
**Sent:** Wed, Apr 25, 2012 00:43:30 GMT+00:00
**Subject:** FW: Automatic reply: march financials

hi maxwell, i be at your office at 11 tomorrow,as well as the financials i need a copy of the bank statements on line statements are good plus the cashiers cheque , ill seeyou tomorrow

---

From: msheiner@blueskymiami.com
To: johndorantulla@hotmail.com
Subject: Automatic reply: march financials
Date: Sat, 21 Apr 2012 02:22:44 +0000

I will be out of the office and returning on April 23, 2012. I will periodically check emails, time permitting. For urgencies, please contact Anthony Mederos, CAM at 305 535 8300 ext 19 or at anthony@blueskymiami.com .


Maxwell Sheiner, CAM, GRI
Community Association Manager/Principal


Blue Sky Miami, Inc.


305 535 8300 ext 11

EXHIBIT D

Thank you. I am sure you they are all stored electronically on BS computer all they have to do is hold done the shift ket copy and paste and I can send the email that says that. It is kind of late to be checking into these things I asked for them three months ago, but thank you for cooperating. When will you have DiNicola's signed statement?

-----Original Message-----
From: Davis, Steven <SDavis@becker-poliakoff.com>
To: andthorne <andthorne@aol.com>
Sent: Wed, Jul 17, 2013 2:36 pm
Subject: RE: (no subject)

It seems to me that you've asked for a lot more than a simple set of condo documents. I can't imagine that all of the documents you requested are on a disc. Rather, they likely have to be pulled and then placed on a disc. I will check on it

**From:** andthorne@aol.com [mailto:andthorne@aol.com]
**Sent:** Wednesday, July 17, 2013 1:34 PM
**To:** Davis, Steven
**Subject:** Re: (no subject)

Steven I can not afford that; it is available on disc and I can prove it;all you have to do is copy it. I will pay 30 dollars plus mailing for the less than one hour it will take Blue Sky to point and click at their electronic files and give it to me.

Please advise whether I get my disc and then if not I will file a motion to compel.

You did not refuse the disc when I asked; I could have come personally if it had been done on time and you never objected.

**BECKER & POLIAKOFF** **Steven M. Davis**
Attorney at Law

Alhambra Towers
121 Alhambra Plaza, 10th Floor
Coral Gables, FL  33134

305.262.4433 Phone
305.442.2232 Fax

SDavis@becker-poliakoff.com
www.becker-poliakoff.com

Our clients' total satisfaction is our #1 priority. The Becker & Poliakoff **Client CARE Center** is available for questions, concerns and suggestions. Please contact us at 954.364.6090 or via email at CARE@becker-poliakoff.com.

-----Original Message-----
From: Davis, Steven <SDavis@becker-poliakoff.com>
To: andthorne <andthorne@aol.com>
Sent: Wed, Jul 17, 2013 2:18 pm
Subject: RE: (no subject)

$30.00 per hour plus .30 per copy .

**From:** andthorne@aol.com [mailto:andthorne@aol.com]
**Sent:** Wednesday, July 17, 2013 12:47 PM
**To:** Davis, Steven
**Subject:** Re: (no subject)

The fee should be the cost of one electronic disc and as Blue Sky is required to gather the information there should be no charge.

Again I have an email from Blue SKy saying they are now a paperless office and everything is electronically stored and delivered on disc and they no longer have the documents on paper repeat they are all on electronic disc.

In fact in the case of this email they said only a Blue Sky employee could get the information and no one should come to the office .

If it makes it easier they can just give me a copy of all the discs and I will shift through it for what I want. That is they way it should be anyway.

When can I expect the Di Nicola interrogatory?

Thank you for your cooperation.

Andrea

| BECKER & POLIAKOFF | **Steven M. Davis**<br>Attorney at Law |
|---|---|
| | Alhambra Towers<br>121 Alhambra Plaza, 10th Floor<br>Coral Gables, FL  33134<br><br>305.262.4433 Phone<br>305.442.2232 Fax<br><br>SDavis@becker-poliakoff.com<br>www.becker-poliakoff.com |

Our clients' total satisfaction is our #1 priority.  The Becker & Poliakoff **Client CARE Center** is available for questions, concerns and suggestions. Please contact us at 954.364.6090 or via email at CARE@becker-poliakoff.com.

-----Original Message-----
From: Davis, Steven <SDavis@becker-poliakoff.com>
To: andthorne <andthorne@aol.com>
Sent: Wed, Jul 17, 2013 1:28 pm
Subject: RE: (no subject)

I am checking to see if we have staff to do it for you and what the fee would be.

**From:** andthorne@aol.com [mailto:andthorne@aol.com]
**Sent:** Tuesday, July 16, 2013 6:15 PM

$30.00 per hour plus .30 per copy .

**From:** andthorne@aol.com [mailto:andthorne@aol.com]
**Sent:** Wednesday, July 17, 2013 12:47 PM
**To:** Davis, Steven
**Subject:** Re: (no subject)

The fee should be the cost of one electronic disc and as Blue Sky is required to gather the information there should be no charge.

Again I have an email from Blue SKy saying they are now a paperless office and everything is electronically stored and delivered on disc and they no longer have the documents on paper repeat they are all on electronic disc.

In fact in the case of this email they said only a Blue Sky employee could get the information and no one should come to the office .

If it makes it easier they can just give me a copy of all the discs and I will shift through it for what I want. That is they way it should be anyway.

When can I expect the Di Nicola interrogatory?

Thank you for your cooperation.

Andrea

| BECKER & POLIAKOFF | **Steven M. Davis** Attorney at Law |
|---|---|
| | Alhambra Towers 121 Alhambra Plaza, 10th Floor Coral Gables, FL 33134 305.262.4433 Phone 305.442.2232 Fax SDavis@becker-poliakoff.com www.becker-poliakoff.com |

Our clients' total satisfaction is our #1 priority. The Becker & Poliakoff **Client CARE Center** is available for questions, concerns and suggestions. Please contact us at 954.364.6090 or via email at CARE@becker-poliakoff.com.

-----Original Message-----
From: Davis, Steven <SDavis@becker-poliakoff.com>
To: andthorne <andthorne@aol.com>
Sent: Wed, Jul 17, 2013 1:28 pm
Subject: RE: (no subject)

I am checking to see if we have staff to do it for you and what the fee would be.

**From:** andthorne@aol.com [mailto:andthorne@aol.com]
**Sent:** Tuesday, July 16, 2013 6:15 PM

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

From:/Expéditeur:
ANDREA SILVERTHORNE
PO BOX 214
LUBEC ME
04652

To:/Destinataire:
UNITED STATES DISTRICT
COURT N MIAMI ANA
401 8TH FLOOR CLERK BUNCE
MIAMI FLORIDA 33128