UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20325-CIV-MARTINEZ-MCALILEY

ANDREA K. SILVERTHORNE,

    Plaintiff,

vs.

ALLAN YEAMAN, *et al.*,

    Defendants.
_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The previous calender call and trial dates are hereby **CANCELLED**.

2. This case is **STAYED** pending the Court's resolution of the Motions to Dismiss the Third Amended Complaint (D.E. Nos. 97, 103, 108, and 110).

3. After the stay expires, the Court will reset the trial date and pretrial deadlines.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of August, 2013.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
Andrea K. Silverthorne