UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20325-CIV-MARTINEZ-MCALILEY

ANDREA K. SILVERTHORNE,

    Plaintiff,

vs.

ALLAN YEAMAN, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MCALILEY'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Chris M. McAliley, United States Magistrate Judge for a Report and Recommendation on motions to dismiss the Third Amended Complaint filed by the Defendants (collectively, the "Motions to Dismiss") (D.E. Nos. 97, 103, 108, & 110). Magistrate Judge McAliley filed a Report and Recommendation (D.E. No. 140), recommending that (a) the Motions to Dismiss be granted in part; (b) the Third Amended Complaint should be dismissed without prejudice for violating Federal Rule of Civil Procedure 8; (c) Plaintiff should be allowed to amend the complaint to cure it of its pleading deficiencies; (d) Plaintiff should not be allowed to add any additional claims against the Defendants; and (e) Plaintiff should be warned that her failure to comply may lead to a dismissal with prejudice. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge McAliley's Report and Recommendation (D.E. No. 140) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. The Motions to Dismiss (D.E. Nos. 97, 103, 108, & 110) are **GRANTED in part** as set forth herein.

2. Plaintiff's Third Amended Complaint is **DISMISSED without prejudice** for violating Federal Rule of Civil Procedure 8.

3. Plaintiff may file her Fourth Amended Complaint on or before **May 8, 2014**. With respect to her Fourth Amended Complaint, Plaintiff shall (a) correct the pleading deficiencies listed in the Report and Recommendation (D.E. No. 140); and (b) not add any additional claims against the Defendants. Plaintiff's failure to comply with this Order may lead to a dismissal with prejudice.

4. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

5. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of April, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
Andrea K. Silverthorne